**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 20-2213**

_____

ARTHUR VINCENT,

             Plaintiff - Appellant

       v.

AUTOZONE,

             Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:20-cv-00186-M)

_____

Submitted:  May 25, 2021                          Decided:  May 27, 2021

_____

Before DIAZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Arthur Vincent, Appellant Pro Se.  Tracy Elizabeth Kern, New Orleans, Louisiana, Laurie Michele Riley, JONES WALKER LLP, Miami, Florida, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Vincent seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing Vincent's employment discrimination complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on September 30, 2020. Vincent filed the notice of appeal on November 9, 2020. Because Vincent failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*